**Order filed October 24, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00782-CV
_____

**TSUNAMI RIG WASH, LLC D/B/A HINKLIN ENERGY SERVICES,**
**Appellant**

**V.**

**DUNAGIN TRANSPORT COMPANY, Appellee**

---

**On Appeal from County Court at Law No 2**
**Midland County, Texas**
**Trial Court Cause No. CC21343**

---

## O R D E R

The notice of appeal in this case was filed September 10, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 4, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.